**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| HSBC BANK USA, | : | CIVIL ACTION NO. 1:06-CV-0367 |
| | : | |
| Plaintiff | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| TIFFANY A. WEBSTER and | : | |
| KENNETH C. WEBSTER, | : | |
| | : | |
| Defendants | : | |

## ORDER AND AMENDED JUDGMENT

AND NOW, this 14th day of June, 2010, upon consideration of the motion (Doc. 36) to reassess damages, filed by plaintiff HSBC Bank USA ("HSBC"), wherein HSBC requests that the court modify the order and judgment entered in its favor on July 17, 2006 (Doc. 13) and direct the U.S. Marshal to amend the writ *nunc pro tunc*, and it appearing that HSBC filed a brief in support (Doc. 37) on May 24, 2010, see L.R. 7.5, and that, as of the date of this order, defendants Tiffiny A. Webster and Kenneth C. Webster have not filed a brief in opposition, see L.R. 7.6 (stating that "any party opposing any motion" must file a brief in opposition within fourteen days of the brief in support or will be "deemed not to oppose such motion"), it is hereby ORDERED that:

1.  The motion (Doc. 36) is DEEMED unopposed.  See L.R. 7.6.

2.  The motion (Doc. 36) is GRANTED to amend the judgment entered in favor of HSBC, and the amount of the judgment is as follows:

    | | |
    |---|---:|
    | Principal | $ 174,089.52 |
    | Interest to 5/27/10 | $  84,691.78 |
    | Late charges | $   3,368.16 |
    | Legal Fees | $   2,100.00 |
    | Costs of the Suit and Title | $   4,116.87 |
    | Sheriff's Sale Costs | $     130.30 |
    | Property Inspections | $     508.80 |
    | Appraisal/Broker's Price Opinion | $     760.00 |
    | Mortgage Insurance | $       0.00 |
    | Non Sufficient Funds Charge | $       0.00 |
    | Suspense/Misc. Credits | $      (0.00) |
    | Escrow Deficit | $  23,967.86 |
    | TOTAL | $ 293,733.29 |

3.  The U.S. Marshal is directed to amend the writ accordingly.

4.  The judgment entered on July 17, 2006 (Doc. 13) remains in full force and effect except as expressly modified by this order.


   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge